UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Southern Expediting, Inc. | § | Case No. 17-04817 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT F. ANDERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,171.93 | Claims Discharged Without Payment: 1,346,610.99 |
| Total Expenses of Administration: 3,578.07 | |

3) Total gross receipts of $ 9,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,750.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 806,372.22 | $ 649,076.29 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,578.07 | 3,578.07 | 3,578.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 102,169.22 | 102,169.22 | 6,171.93 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,241,590.20 | 1,250,613.70 | 0.00 |
| TOTAL DISBURSEMENTS | $ NA | $ 2,153,709.71 | $ 2,005,437.28 | $ 9,750.00 |

4) This case was originally filed under chapter 7 on 09/28/2017 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/04/2018            By:/s/ROBERT F. ANDERSON
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Freightliner 2500 Sprinter Van high Roof VIN -22142, 10 | 1129-000 | 9,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Nextwave Enterprises, Llc | 4110-000 | NA | 228,148.03 | 228,148.03 | 0.00 |
| 7(a) | INTERNAL REVENUE SERVICE | 4300-000 | NA | 514,631.02 | 363,559.04 | 0.00 |
| 1(a) | SC Department Of Employment & Workforce | 4800-000 | NA | 63,593.17 | 57,369.22 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 806,372.22** | **$ 649,076.29** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT F. ANDERSON | 2100-000 | NA | 1,725.00 | 1,725.00 | 1,725.00 |
| ROBERT F. ANDERSON | 2200-000 | NA | 208.45 | 208.45 | 208.45 |
| Insurance Partners | 2300-000 | NA | 9.62 | 9.62 | 9.62 |
| Union Bank | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| BOB ROBESON & ASSOCIATES | 3610-000 | NA | 975.00 | 975.00 | 975.00 |
| BOB ROBESON & ASSOCIATES | 3620-000 | NA | 600.00 | 600.00 | 600.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,578.07 | $ 3,578.07 | $ 3,578.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7(b) | INTERNAL REVENUE SERVICE | 5800-000 | NA | 3,458.20 | 3,458.20 | 208.91 |
| 2(a) | South Carolina Department Of Revenue | 5800-000 | NA | 98,711.02 | 98,711.02 | 5,963.02 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 102,169.22 | $ 102,169.22 | $ 6,171.93 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Bmo Harris Bank N. A. | 7100-000 | NA | 170,406.94 | 170,406.94 | 0.00 |
| 3 | Bridgefield Casualty Insurance Company | 7100-000 | NA | 65,918.12 | 65,918.12 | 0.00 |
| 5 | First Community Bank | 7100-000 | NA | 592,486.22 | 592,486.22 | 0.00 |
| 10 | Ford Motor Credit Company, Llc | 7100-000 | NA | 20,725.62 | 20,725.62 | 0.00 |
| 11 | Ford Motor Credit Company, Llc | 7100-000 | NA | 17,885.46 | 17,885.46 | 0.00 |
| 8 | Ford Motor Credit Company, Llc | 7100-000 | NA | 29,223.08 | 29,223.08 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Ford Motor Credit Company, Llc | 7100-000 | NA | 15,333.17 | 15,333.17 | 0.00 |
| 15 | Hyg Financial Services Inc | 7100-000 | NA | 2,299.05 | 2,299.05 | 0.00 |
| 4 | Mercedes-Benz Financial Services Usa Llc | 7100-000 | NA | 52,669.68 | 52,669.68 | 0.00 |
| 13 | Onin Staffing, Llc | 7100-000 | NA | 36,860.60 | 36,860.60 | 0.00 |
| 12 | Palmetto Gas Company, Inc. | 7100-000 | NA | 68,607.01 | 68,607.01 | 0.00 |
| 7(c) | INTERNAL REVENUE SERVICE | 7300-000 | NA | 152,167.00 | 152,167.00 | 0.00 |
| 1(b) | South Carolina Department of Employment and Workforce | 7300-000 | NA | 6,223.95 | 6,223.95 | 0.00 |
| 2(b) | South Carolina Department Of Revenue | 7300-000 | NA | 10,784.30 | 19,807.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,241,590.20 | $ 1,250,613.70 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Page: 1

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-04817 | DD | Judge: | David R. Duncan | Trustee Name: | ROBERT F. ANDERSON |
|---|---|---|---|---|---|---|
| Case Name: | Southern Expediting, Inc. | | | | Date Filed (f) or Converted (c): | 09/28/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/2017 |
| For Period Ending: | 10/04/2018 | | | | Claims Bar Date: | 01/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 desks with credenza, 1 U-shaped desk, computer, copier, fa | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Freightliner 2500 Sprinter Van high Roof VIN -22142, 10 | 22,775.00 | 10,000.00 | | 9,750.00 | FA |
| 3. Internet domain: Southernexpediting.com | Unknown | 0.00 | | 0.00 | FA |
| 4. Customer lists, mailing lists. | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $26,775.00        $10,000.00                $9,750.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 1, 2018: Claims Order should be entered momentarily; as soon as it is entered, TFR shall be sent to UST for review. The case should be ready to close by October, 2018.

March 31, 2018: Claims ready for challenging. Case TFR should be filed June, 2018.

December 31, 2018: The Trustee has liquidated the sole asset in this Case: when the auction proceeds are received and the claims register closes, claims challenged, and orders thereon entered, the Case shall be ready for its TFR. Projected closing date, May, 2018.

RE PROP #        1    --    junk value.
RE PROP #        3    --    No value.
RE PROP #        4    --    No value

Initial Projected Date of Final Report (TFR): 06/01/2018        Current Projected Date of Final Report (TFR): 05/01/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 17-04817-dd    Doc 40    Filed 10/18/18    Entered 10/18/18 10:58:22    Desc Main
Document    Page 8 of 10

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-04817 | Trustee Name: ROBERT F. ANDERSON |
| Case Name: Southern Expediting, Inc. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1456 |
| | Checking |
| Taxpayer ID No: XX-XXX2727 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/18 | | Bob Robeson & Associates<br>P.O. Box 206<br>Chesterfield, SC 29709 | Sales Proceeds | | $8,175.00 | | $8,175.00 |
| | | | Gross Receipts    $9,750.00 | | | | |
| | | BOB ROBESON & ASSOCIATES<br>P.O. BOX 206<br>CHESTERFIELD, SC  29709 | Auctioneers Fees    ($975.00) | 3610-000 | | | |
| | | BOB ROBESON & ASSOCIATES<br>P.O. BOX 206<br>CHESTERFIELD, SC  29709 | Auctioneer Expenses    ($600.00) | 3620-000 | | | |
| | 2 | | 2011 Freightliner 2500 Sprinter Van high Roof VIN -22142, 10    $9,750.00 | 1129-000 | | | |
| 03/21/18 | 101 | Insurance Partners<br>26865 Center Ridge Road<br>Westlake, OH 44145 | Bond Disbursement | 2300-000 | | $9.62 | $8,165.38 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,150.38 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,135.38 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,120.38 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,105.38 |
| 08/24/18 | 102 | ROBERT F. ANDERSON<br>P.O. Box 76<br>Columbia, SC 29202 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,725.00 | $6,380.38 |
| 08/24/18 | 103 | ROBERT F. ANDERSON<br>P.O. Box 76<br>Columbia, SC 29202 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $208.45 | $6,171.93 |
| 08/24/18 | 104 | South Carolina Department Of Revenue<br>P.O. Box 12265<br>Columbia Sc 29211 | Final distribution to claim 2 representing a payment of 6.04 % per court order. | 5800-000 | | $5,963.02 | $208.91 |

| | | Page Subtotals: | $8,175.00 | $7,966.09 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-04817 | Trustee Name: ROBERT F. ANDERSON |
| Case Name: Southern Expediting, Inc. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1456 |
| | Checking |
| Taxpayer ID No: XX-XXX2727 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/18 | 105 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 7 representing a payment of 6.04 % per court order. | 5800-000 | | $208.91 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,175.00 | $8,175.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,175.00 | $8,175.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,175.00 | $8,175.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.00    $208.91

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1456 - Checking | $8,175.00 | $8,175.00 | $0.00 |
|  | $8,175.00 | $8,175.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,575.00 |
| Total Net Deposits: | $8,175.00 |
| Total Gross Receipts: | $9,750.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*